In the Matter of FRANCES FRIEL, as Executrix of JOSEPH J. FRIEL, Deceased, Appellant; HENRY PAUL, Respondent.

(Argued June 16, 1932; decided July 19, 1932.)

*Benjamin C. Ribman* for appellant.

*Avrom M. Jacobs, Daniel J. Dugan* and *Isadore Book-stein* for respondent.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.